UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMILA LEE, individually and on behalf
of others similarly situated,

                            Plaintiff,                          25-CV-08468 (JPO)

          -v-                                                   ORDER

AMERICAN EXPRESS TRAVEL
RELATED SERVICES CO., INC.,
                            Defendant.

J. PAUL OETKEN, District Judge:

        A notice of voluntary dismissal without prejudice has been filed on behalf of Plaintiff

Jamila Lee.  Under Second Circuit precedent, any settlement of a Fair Labor Standards Act case

must be approved by either the Court or the Department of Labor.  *See Cheeks v. Freeport*

*Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015).  Therefore, if the purported dismissal

without prejudice is the result of a settlement, Plaintiff must file a letter motion for approval,

along with the settlement agreement, within thirty days of this order.  The letter motion must

explain why the proposed settlement is fair and reasonable and should discuss, at a minimum, the

following factors:

> (1) the plaintiff's range of possible recovery; (2) the extent to
> which "the settlement will enable the parties to avoid anticipated
> burdens and expenses in establishing their respective claims and
> defenses"; (3) the seriousness of the litigation risks faced by the
> parties; (4) whether "the settlement agreement is the product of
> arm's-length bargaining between experienced counsel"; and (5) the
> possibility of fraud or collusion.

*Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012) (quoting *Medley v. Am.*

*Cancer Soc.*, No. 10 Civ. 3214, 2010 WL 3000028, at *1 (S.D.N.Y. July 23, 2010)).  The letter

must also address whether there is a *bona fide* dispute as to the number of hours worked or the

amount of compensation due and how much of the proposed settlement plaintiff's attorney shall be seeking as fees. *Cheeks*, 796 F.3d at 203, 206. Absent special circumstances, the Court will not approve any settlement agreement that is filed under seal or in redacted form. *Id.* at 206.

In addition, counsel for Plaintiff shall indicate whether the action will proceed as to the opt-in Plaintiffs.

The parties are directed to file a letter or stipulation, in accordance with the instructions above, on or before January 29, 2026.

SO ORDERED.

Dated: December 29, 2025
New York, New York

J. PAUL OETKEN
United States District Judge

2